# Exhibit A



Phone: 800-299-0045  
254-772-6111

Office Hours: CST

Monday -Thursday 7am to 6pm  
Friday 7am to 5pm



Address: 200 N. New Road, Waco TX 76710

www.rmpeasypay.com  
**AMOUNT DUE $335.45**

| Creditor Ref# | Creditor | Name | Date of Service | Balance |
|---|---|---|---|---|
|  | WESLEY LONG HOSPITAL | JODY A NASTA | 11/13/19 | 335.45 |

Dear Jody A Nasta:

RMP Account Number: 

This past due account has been referred to RMP Services LLC, by the creditor(s) listed above. Remit payment directly to our office to ensure proper credit of payment. If you wish to pay by Visa or MasterCard, complete the credit card information, tear off and return in the enclosed envelope. You may also pay by electronic funds transfer by including a voided check or deposit ticket with this letter. If this matter is not resolved in 60 days this account may be reported to a credit reporting agency. For additional information and assistance visit us at www.rmpeasypay.com.

Please see reverse side for important information

Si necesita ayuda adicional en español, llame al (866) 317-5534 y será transferido a un representante de habla hispana.

This communication is from a debt collector.  
This is an attempt to collect a debt. Any information will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

## PAY BY MAIL
**RMP SERVICES LLC**  
PO BOX 630844  
CINCINNATI OH 45263-0844

## PAY ONLINE
In your web browser, visit:  
www.rmpeasypay.com  
Secure, Easy, Confidential.

## PAY BY PHONE
**Call toll-free:**  
**800-299-0045**

PLEASE DETACH AND RETURN LOWER PORTION WITH ENCLOSED ENVELOPE.

ONFCSG01_1

ONFCSG01  
PO Box 9489  
Coral Springs, FL 33065

January 19, 2021

| ACCOUNT NUMBER | | AMOUNT DUE |
|---|---|---|
|  | | $335.45 |
| CARD NUMBER | | CVV Code |
| CARD HOLDER NAME | | Exp. Date |
| SIGNATURE OF CARD HOLDER | | AMOUNT PAID |

* CVV Code is 3 or 4 digits located on the back of your card next to your signature

1▲001549 B6

Jody A Nasta

RMP Services LLC  
PO Box 630844  
CINCINNATI, OH 45263-0844

0303625910400000335452